# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FIFTH THIRD BANK,**

        **Plaintiff,**

**-vs-**                                                 **Case No. 6:12-cv-68-Orl-31DAB**

**NANCY TORRES RIVERA; MENTORS GOAL INC.; HECTOR CHEVERE PADILLA; and MELISA OPIO IRIZARRY,**

        **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **EX PARTE MOTION FOR ENTRY OF DEFAULT JUDGMENT (Doc. No. 43)**
>
> **FILED:**      **September 16, 2013**
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

The District Court entered an Order on July 13, 2012 (Doc. 42), approving the Pre-judgment Settlement Agreement (Doc. 41) between the parties. In the instant Motion and Affidavit, Plaintiff advises the Court of the default under the Settlement Agreement and provides evidence of the amounts owed to Fifth Third following the event of default. Although the motion purports to be filed ex parte, the certificate of service reflects service on defense counsel. No response to the motion has been filed.

As set forth in the papers, pursuant to the terms of the Settlement Agreement and following the event of default attested to in the Motion and the Affidavit, Fifth Third is entitled to the entry of a Final Judgment against NANCY TORRES RIVERA.

It is therefore **respectfully recommended** that judgment be entered in favor of Plaintiff, FIFTH THIRD BANK, and against Defendant, NANCY TORRES RIVERA, in the principal amount of $620,421.21, plus stipulated default interest prior to the Settlement Agreement in the amount of $34,380.28, plus accrued interest through September 27, 2013, in the amount of $10,343.95, late charges in the amount of $2,751.18, stipulated attorneys' fees in the amount of $28,643.00, and court costs in the amount of $941.39, for a total judgment amount of $697,481.01, which shall bear interest at the legal rate.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on October 4, 2013.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy