# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FIFTH THIRD BANK,**

      **Plaintiff,**

v.                                    **Case No:  6:12-cv-68-Orl-31DAB**

**NANCY TORRES RIVERA, MENTORS GOAL INC., HECTOR CHEVERE PADILLA and MELISA OPIO IRIZARRY,**

      **Defendants.**

_____

## ORDER

      This cause comes before the Court on the Motion for Entry of Final Judgment After Default Under Stipulation for Settlement (Doc. No. 43), filed September 16, 2013.

      On October 4, 2013, the United States Magistrate Judge issued a report (Doc. No. 44) recommending that the motion be granted. No objections have been filed.  Therefore, it is **ORDERED** as follows:

      1.     The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

      2.     The Motion for Default Judgment is **GRANTED.**  The Clerk is directed to enter judgment in favor of Plaintiff and against Defendant Nancy Torres Rivera in the total amount of $697,481.01, which shall bear interest at the legal rate.  The total amount includes the principal

amount of $620,421.21, accrued interest in the amount of $10,343.95, late charges in the amount of $2,751.18, stipulated attorneys' fees in the amount of $28,643.00, and court costs in the amount of $941.39.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 21, 2013.

_____
**GREGORY A. PRESNELL**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Party